Check No. 1135021

Voucher manifest below. Please save the following pages for your records.
Pay to: CLERK  CLERK  U.S. BANKRUPTCY COURT
***** FOR INFORMATION ON ELECTRONIC PAYMENTS CONTACT DCOOK@PAMD13TRUSTEE.COM. *****

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 09-08522-JJT | 06U-0 | GREGORY JOHNSON<br>Original Check written to:<br>JASON MOGERMAN ORTHOPEDIC INSTITUTE<br>141 SALEM AVENUE<br>CARBONDALE, PA 18407- | 6776 | 1,066.25 | 153.75 | 0.00 | 153.75 |
| 10-00844-MDF | 014-0 | BERNARD J BEARD<br>Original Check written to:<br>ACS<br>P.O. BOX 22724<br>LONG BEACH, CA 908015724 | 6448 | 15,116.15 | 745.25 | 0.00 | 745.25 |
| 10-04894-RNO | 999-0 | KARAN A GASPARI<br>Original Check written to:<br>**ARAN A GASPARI<br>946 SOUTH PINE STREET<br>YORK, PA 17403 | | 0.00 | 33.56 | 0.00 | 33.56 |
| 10-05127-MDF | 11U-0 | ERIC K KEEFER<br>Original Check written to:<br>BUREAUS INVESTMENT GROUP<br>PORTFOLIO NO 15 LLC<br>1717 CENTRAL STREET<br>EVANSTON, IL 60201- | 1576 | 3,772.87 | 933.44 | 0.00 | 933.44 |
| 10-05374-MDF | 16U-0 | TROY L AMBROSE<br>Original Check written to:<br>HSBC MORTGAGE CORPORATION<br>2929 WALDEN AVENUE<br>DEPEW, NY 14043 | 16873341 | 24,785.63 | 6,459.74 | 0.00 | 6,459.74 |
| 10-05507-MDF | 04U-0 | CAMERON JAY LOWERY<br>Original Check written to:<br>JBDS INC.<br>1309 BRIDGE STREET<br>NEW CUMBERLAND, PA 17070- | | 4,815.83 | 9.17 | 0.00 | 9.17 |
| 10-05703-JJT | 09U-0 | RICHARD A GAETA<br>Original Check written to:<br>ELITE RECOVERY SERVICES<br>P.O. BOX 3474<br>BUFFALO, NY 14240 | 0042 | 487.81 | 142.61 | 0.00 | 142.61 |
| 10-05703-JJT | 06U-0 | RICHARD A GAETA<br>Original Check written to:<br>PROFESSIONAL EMERGENCY CARE<br>PO BOX 1257<br>TROY, MI 48099- | 30264 & 9889 | 332.48 | 1.53 | 0.00 | 1.53 |

No. 1135021

**Charles J. DeHart, III**
**Standing Chapter 13 Bankruptcy Trustee**
8125 Adams Drive. Suite A
Hummelstown, PA 17036
(717) 566-6097

Fulton Bank
Lancaster PA 17604

60-142 / 313

October 06, 2015

PAY** Eight Thousand Four Hundred Seventy Nine Dollars and 05 Cents**************

AMOUNT***$8,479.05***********

TO THE ORDER OF

VOID AFTER January 04, 2016
Positive Pay Account

CLERK  U.S. BANKRUPTCY COURT
P.O. BOX 908
HARRISBURG, PA 17108-

⑈1135021⑈ ⑆031301422⑆ 1618 66156⑈